# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 05/08/2019 |
| Case: 1−19−40601−ess | Form ID: 318DF7 | Total: 24 |

**Recipients of Notice of Electronic Filing:**
tr          Alan Nisselson          anisselson@windelsmarx.com
aty        Kevin Zazzera           kzazz007@yahoo.com

                                                                                                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Mark Bonifacio          38 Lewiston St          Staten Island, NY 10314−6228
smg       NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg       NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg       NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg       Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office Building          201 Varick Street, Suite 1006          New York, NY 10014
9449276   Cc Holdings          Attn: Card Services          PO Box 9201          Old Bethpage, NY 11804−9001
9449277   Chrysler Capital          PO Box 961275          Fort Worth, TX 76161−0275
9449278   Cws/cw Nexus          101 Crossways Park Dr W          Woodbury, NY 11797−2020
9449280   LVNV Funding LLC          PO Box 104          Greenville, SC 29602−0104
9449279   Lvnv Funding LLC          PO Box 1269          Greenville, SC 29602−1269
9449281   Monterey Collection Ser          4095 Avenida de la Plata          Oceanside, CA 92056−5802
9449282   Monterey Collection Sv          4095 Avenida de la Plata          Oceanside, CA 92056−5802
9449283   Monterey Financial Svc          4095 Avenida de la Plata          Oceanside, CA 92056−5802
9449284   Monterey Financial Svc          Attn: Bankruptcy Dept          4095 Avenida de la Plata          Oceanside, CA 92056−5802
9449285   Montterey Financial Service          4095 Avenida de la Plata          Oceanside, CA 92056−5802
9449286   Mortgage Service Center/Phh Mortgage          Attn: Bankruptcy Department          PO Box 5452          Mount Laurel, NJ 08054−5452
9449287   Phh Mortgage Services          1 Mortgage Way          Mount Laurel, NJ 08054−4637
9449288   Portfolio Recov Assoc          120 Corporate Blvd Ste 100          Norfolk, VA 23502−4952
9449289   Portfolio Recovery Associates LLC          PO Box 12914          Norfolk, VA 23541−0914
9449290   Santander Consumer USA          Attn: Bankruptcy          PO Box 961245          Fort Worth, TX 76161−0244
9449291   Usaa Federal Savings B          10750 W McDermott Fwy          San Antonio, TX 78288−1601
9449292   Usaa Federal Savings Bank          Attn: Bankruptcy          10750 W Interstate 10          San Antonio, TX 78288−1600

                                                                                                                        TOTAL: 22